## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                               **Crim. No. 4:09-CR-37-1F**

**ANDRE DEMONTIO MCNEIL**

On August 6, 2013, the above named was placed on a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: July 22, 2015

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 22 _____ day of _____ July _____, 2015.

_____
James C. Fox
Senior U.S. District Judge